No. 1512. People, Appellee, *v.* Sepúlveda et al., Appellants.—Breach of peace. Ponce. June 28, 1920. *Affirmed.*

No. 2186. Almodovar et al., Appellants, *v.* Santa Isabel Sugar Co., Appellee.—Unlawful detainer. Ponce. June 28, 1920. *Dismissed.*

No. 2128. Torres, Appellee, *v.* Ramos, Appellant.—Ejectment. Mayagüez. June 28, 1920. *Reconsideration denied.*

Nos. 1543, 1544, 1545, 1546. People, Appellee, *v.* Luccioni, Appellant.—Adulteration of milk. Ponce. June 30, 1920. *Affirmed.*

No. 1527. People, Appellee, *v.* Cumpiano, Appellant.—Violation of section 438 of the Penal Code. Mayagüez. June 30, 1920. *Reversed.*

No. 1535. People, Appellee, *v.* Anayas, Appellant.—Violation of section 288 of the Penal Code. San Juan. June 30, 1920. *Affirmed.*

No. 2171. Llompart et al., Appellants, *v.* Díaz, Appellee.—Debt. Humacao. June 30, 1920. *Dismissed.*

No. 2042. Díaz et al., Appellees, *v.* Cividanes, Appellant. — Administration. Guayama. June 30, 1920. *Dismissed.*

No. 2218. Méndez, Appellee, *v.* Baldassari, Appellant.—Damages. Mayagüez. July 1, 1920. *Reconsideration denied.*